1  Meena Pallipamu, WSBA #31870
   Meena Pallipamu Immigration Law, PLLC
2  4444 Woodland Park Ave N Suite 203
   Seattle, WA 98103
3  Telephone: (206) 419-7332
   Attorney for Plaintiff
4

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    WESTERN DISTRICT OF WASHINGTON
10

11  L.K.,                                    Case No. C24-1669RSL

12           Plaintiff,
                                             ORDER GRANTING PLAINTIFF'S
13       v.                                  MOTION TO PROCEED UNDER
                                             PSEUDONYM AND FOR PROTECTIVE
14  Danielle Lehman, Director of San Francisco   ORDER
    Asylum Office; Ur Mendoza Jaddou,
15  Director of the United States Citizenship
    and Immigration Services; Alejandro
16  Mayorkas. Secretary of Department of
    Homeland Security,
17
             Defendants.
18

19
        This matter comes before the Court on plaintiff's "Unopposed Motion to Proceed Under
20
   Pseudonym and for Protective Order." Dkt. # 4. Having reviewed the motion and the record herein,
21
   the Court GRANTS plaintiff's unopposed motion.
22
        Plaintiff shall proceed in this action using a pseudonym and defendants shall maintain
23
   plaintiff's confidentiality in all filings and public proceedings.
24
        It is so ORDERED.
25

26

1
2   DATED this 14th day of November, 2024.
3
4                                          *signature*
                                           Robert S. Lasnik
5                                          United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26