District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.K., <br><br> Plaintiff, <br><br> v. <br><br> DANIELLE LEHMAN, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01669-RSL <br><br> STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-01669-RSL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1     DATED this 11th day of March, 2025.

2 Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | MEENA PALLIPAMU IMMIGRATION LAW PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:   (206) 553-4067<br>Email: michelle.lambert@usdoj.gov | *s/Meena Pallipamu*<br>MEENA PALLIPAMU, WSBA #31870<br>Meena Pallipamu Immigration Law PLLC<br>4444 Woodland Park Ave. N., Ste. 203<br>Seattle, Washington 98103<br>Phone: 206-419-7332<br>Email: meena@meenaimmigrationlaw.com<br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-01669-RSL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is dismissed without prejudice with each party to bear their own costs and fees. It is so **ORDERED**.

DATED this 12th day of March, 2025.

_____
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-01669-RSL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800